# United States District Court

WESTERN DISTRICT OF WASHINGTON

DIANA M. MARKHAN

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5702RBL-KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. the ALJ erred in his decision as described in the report; and

3. the matter is REVERSED and remanded to the Commissioner for further administrative proceedings.

March 6, 2009

BRUCE RIFKIN
Clerk

Jennie L. Patton
Deputy Clerk