# United States District Court

WESTERN DISTRICT OF WASHINGTON

DIANA M. MARKHAM

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5702RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. That Plaintiff's attorney Eitan Kassel Yanich is awarded EAJA fees of $6,762.30 and expenses in the sum of $22.67, pursuant to 28 U.S.C. § 2412, and costs of $350.00 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

May 18, 2009

BRUCE RIFKIN
Clerk

/s/Jennie L. Patton
Deputy Clerk